**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant NATHAN NASH

*Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WILLIAMS, | Case No. 3:08-cv-02454-SI |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| DEPARTMENT OF CORRECTION AND REHABILITATION, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff GARY WILLIAMS and Defendant NATHAN NASH, by and through his undersigned counsel, that any and all claims against Defendant NATHAN NASH be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own attorney fees and costs.

Respectfully Submitted,

Dated: April 28, 2010

PORTER SCOTT
A PROFESSIONAL CORPORATION

By _____
Terence J. Cassidy
John R. Whitefleet
Attorneys for Defendant
NATHAN NASH

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

Case No. 3:08-cv-02454-SI     STIPULATION FOR DISMISSAL WITH PREJUDICE
00781528.WPD

1
2  Dated: April 28, 2010                    Plaintiff Gary Williams in Pro Per
3
4                                           By _____
                                                Gary Williams
5                                               Plaintiff in Pro Per
6
7     IT IS SO ORDERED.
   Dated: _____
8
9                                           _____
                                            District Judge Susan Illston
10                                          United States District Court
                                            Northern District of California
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| **Case Name:** | **Williams v. Department of Correction and Rehabilitation** |
| **Case No.:** | USDC NDCA No.: C 08-cv-02454-SI |

## DECLARATION OF SERVICE

I am a citizen of the United States and employed in Sacramento County, California; I am over the age of 18 years and not a party to the within action; my business address is 350 University Avenue, Suite 200, Sacramento, California 95825.

On the date below I served the attached:

## STIPULATION FOR DISMISSAL

**XXXX**   **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

_____   **BY PERSONAL SERVICE:** I caused such document to be delivered by hand to the office of the person(s) listed below.

_____   **BY OVERNIGHT DELIVERY:** I caused such document to be delivered by overnight delivery to the office of the person(s) listed above.

_____   **BY FACSIMILE:** I caused such document to be transmitted by facsimile machine to the office of the person(s) listed above.

addressed as follows:

Gary Williams
7015 8TH Avenue #6
Los Angeles, CA 90043

I declare under penalty of perjury that the foregoing is true and correct and was executed on June 4, 2010, in Sacramento, California.

                              /s/ Ramina German
                              Ramina German

00792759.WPD