Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Rodney J. Ganske (rod.ganske@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Douglas R. Young (dyoung@fbm.com)
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery Street
San Francisco, California 94104
Telephone: (415) 954-4410
Facsimile: (415) 954-4480
*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MASTER CASE NO. 3:07-md-1827 SI, MQ<br>MDL NO. 1827 |
| DELL INC. and DELL PRODUCTS L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>SHARP CORPORATION, et al.,<br><br>Defendants. | Individual Case No. 3:10-cv-01064 SI<br><br>**P~~ROPO~~SED ORDER** |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All claims asserted by Dell Inc. and Dell Products L.P. against Sharp Corporation and Sharp Electronics Corporation in the underlying action are hereby dismissed with prejudice pursuant to FRCP 41(a)(2).

PROPOSED ORDER                                           Master File No. M07-1827 SI
                                                         3:10-cv-01064 SI

1     2. Each party shall bear their own costs and attorneys' fees.

2     IT IS SO ORDERED.

4   Dated: ___7/24/12_____            _____

                                                                                         Honorable Susan Y. Illston
                                                                                         United States District Judge