Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Rodney J. Ganske (rod.ganske@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Douglas R. Young (dyoung@fbm.com)
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery Street
San Francisco, California 94104
Telephone: (415) 954-4410
Facsimile: (415) 954-4480
*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

[Additional Counsel Listed On Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MASTER CASE NO. 3:07-md-1827 SI, MQ MDL NO. 1827 |
| DELL INC. and DELL PRODUCTS L.P., Plaintiffs, v. AU OPTRONICS CORPORATION, et al., Defendants. | Individual Case No. 3:10-cv-01064 SI **STIPULATION OF DISMISSAL** |

Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") and Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corporation), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., and Nexgen Mediatech USA, Inc. (collectively, "CMI"), by and through undersigned counsel, stipulate and agree that Dell hereby dismisses with

1 prejudice all claims being asserted against CMI in the above-captioned action pursuant to Rule
2 41(a)(2) of the Federal Rules of Civil Procedure. In support of this stipulation of dismissal, the parties
3 state as follows:

    1.    Dell and CMI seek the dismissal of this action with prejudice.

    2.    This stipulation does not affect the rights or claims Dell may have against any other defendant or co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue the Proposed Order of Dismissal.

**IT IS SO STIPULATED.**

DATED:  December 17, 2012        Respectfully submitted,

By: */s/ Rodney J. Ganske*
    Michael P. Kenny, Esq.
    Debra D. Bernstein, Esq.
    Rodney J. Ganske, Esq.
    ALSTON + BIRD LLP
    1201 West Peachtree Street
    Atlanta, Georgia 30309-3424
    Tel: (404) 881-7000
    Facsimile: (404) 881-7777
    mike.kenny@alston.com
    debra.bernstein@alston.com
    rod.ganske@alston.com

    Douglas R. Young
    FARELLA BRAUN + MARTEL LLP
    235 Montgomery Street
    San Francisco, California 94104
    Telephone: (415) 954-4410
    Facsimile: (415) 954-4480
    DYoung@fbm.com

    Kimball R. Anderson, Esq.
    WINSTON & STRAWN LLP
    35 West Wacker Dr.
    Chicago, Illinois 60601-9703
    Telephone: (312) 558-5600
    Facsimile: (312) 558-5700
    kanderson@winston.com

    *Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

---

STIPULATION OF DISMISSAL                          Master File No. M07-1827 SI
                                                  3:10-cv-01064 SI

1  DATED:  December 17, 2012

2                                        By: */s/ Harrison J. Frahn IV*
                                            James G. Kreissman, Esq.
3                                           Harrison J. Frahn IV, Esq.
                                            SIMPSON THATCHER & BARTLETT LLP
4                                           2475 Hanover Street
                                            Palo Alto, California 94304
5                                           Telephone: (650) 251-5002
                                            jkreissman@stblaw.com
6                                           hfrahn@stblaw.com

7                                           *Attorneys for Defendants Chimei Innolux
                                            Corporation (f/k/a Chi Mei Optoelectronics
8                                           Corporation), Chi Mei Optoelectronics USA, Inc.,
                                            CMO Japan Co., Ltd., Nexgen Mediatech, Inc., and
9                                           Nexgen Mediatech USA, Inc.*

11 Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of

12 this document has been obtained from each of the above signatories.

Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Rodney J. Ganske (rod.ganske@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Douglas R. Young (dyoung@fbm.com)
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery Street
San Francisco, California 94104
Telephone: (415) 954-4410
Facsimile: (415) 954-4480
*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MASTER CASE NO. 3:07-md-1827 SI, MQ MDL NO. 1827 |
| DELL INC. and DELL PRODUCTS L.P., <br><br> Plaintiffs, <br><br> v. <br><br> AU OPTRONICS CORPORATION, et al., <br><br> Defendants. | Individual Case No. 3:10-cv-01064 SI <br><br> ~~PROPOSED~~ ORDER |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. All claims asserted by Dell Inc. and Dell Products L.P. against Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corporation), Chi Mei Optoelectronics USA, Inc., CMO

1 | Japan Co., Ltd., Nexgen Mediatech, Inc., and Nexgen Mediatech USA, Inc. in the underlying action are hereby dismissed with prejudice pursuant to FRCP 41(a)(2).

2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: __December 17____ , 2012

_____
Honorable Susan Y. Illston
United States District Judge