Michael P. Kenny (mike.kenny@alston.com)
Debra D. Bernstein (debra.bernstein@alston.com)
Rodney J. Ganske (rod.ganske@alston.com)
ALSTON + BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Douglas R. Young (dyoung@fbm.com)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street
San Francisco, California 94104
Telephone: (415) 954-4410
Facsimile: (415) 954-4480
Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.

[Additional Counsel Listed On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:10-cv-1064 SI<br><br>DELL INC. and DELL PRODUCTS L.P.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AU OPTRONICS CORPORATION, *et al.*;<br><br>    Defendants. | MASTER CASE NO. 3:07-md-1827 SI, MQ MDL NO. 1827<br><br>Individual Case No. 3:10-cv-01064 SI<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REQUESTING REVISED PRETRIAL SCHEDULE** |

Plaintiffs Dell Inc. and Dell Products L.P. ("Dell") and Defendant HannStar Display Corporation ("HannStar") hereby stipulated and request the Court to adopt the pretrial schedule set out below for the Track 1 trial set to commence on January 28, 2013 in this MDL.

WHEREAS, Dell has settled with all defendants other than HannStar;

WHEREAS, trial is set to commence on January 28, 2013;

WHEREAS, the pretrial conference is set for January 15, 2013;

THEREFORE, THE PARTIES JOINTLY MOVE for the following pretrial schedule:

| Date | Event |
|---|---|
| 1/8/13 | Motions in Limine Due |
| 1/11/13 | Hearing on *Daubert* Motions at 9:00 a.m. (Dkt. No. 7124) |
| 1/11/13 | Plaintiffs submit Joint Pretrial Order to Court<br><br>All Parties to individually submit Proposed Voir Dire and Jury Verdict Form |
| 1/14/13 | Oppositions to Motions in Limine Due |
| 1/15/13 | Pretrial Conference at 3:30 p.m. (Dkt. No. 7124) |
| 1/25/13 | Exhibit Binders Due to Court (three sets) |
| 1/28/13 | Jury Selection; Trial |

Dated: December 31, 2012

*/s/ Rodney J. Ganske*
Michael P. Kenny, Esq.
mike.kenny@alston.com
Debra D. Bernstein, Esq.
debra.bernstein@alston.com
Rodney J. Ganske, Esq.
rod.ganske@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777
*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

*/s/ Jason S. Angell*
Robert E. Freitas (SBN 80948)
rfreitas@ftklaw.com
Jason S. Angell (SBN 221607)
jangell@ftklaw.com
Jessica N. Leal (SBN 267232)
jleal@ftklaw.com
**FREITAS TSENG & KAUFMAN LLP**
100 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:      (650) 593-6300
Facsimile:       (650) 593-6301
*Attorneys for Defendant HannStar Display Corporation*

**Attestation**:  The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

By:   */s/ Rodney J. Ganske*
          Rodney J. Ganske

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this _3_ day of _____January_____, _2013_.

By:_____
Hon. SUSAN ILLSTON